UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIE WILKS, Civil No. 01-307 (ADM/JMM)

Petitioner, ORDER

v.

ROB MUNDT, Warden,

Respondent.

Petitioner, a federal prisoner, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1.) He claims that Respondent has wrongly refused to modify his prisoner classification status.

Respondent is directed to make a return in writing on or before April 2, 2001, addressing the issues raised by Petitioner's Habeas Corpus Petition, and showing cause why the Writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to show why Petitioner should not be granted the relief he is seeking in his Petition;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position on the claims presented in the Petition, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the Petition in the light of statutory requirements and other pertinent authority; and

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

If Respondent believes that the relief Petitioner is seeking is not available in a habeas corpus proceeding, that argument may be raised by motion (in lieu of a complete return). If that argument is raised, however, Respondent's motion papers shall include a

FEB 22 2001

specific recommendation as to how the instant Petition should be construed and handled by the Court. Any such motion shall be filed by no later than April 2, 2001.

If Respondent files a complete return and addresses Petitioner's claims on the merits, the return shall consider this Court's Report and Recommendation in Green v. Federal Bureau of Prisons, No. 00-819 (JRT/JMM) (filed February 6, 2001), a copy of which is attached hereto.

Also before the Court at this time is Petitioner's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), by which he seeks leave to proceed in forma pauperis ("IFP"). The Court is satisfied that Petitioner is eligible for IFP status, and his IFP application will therefore be granted.

Based on the foregoing, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent shall file a response to Petitioner's Habeas Corpus Petition, consistent with the terms of this Order by April 2, 2001.

2. Petitioner shall file a Reply Memorandum no later than April 16, 2001.

3. Petitioner's "Application to Proceed Without Prepayment of Fees and Affidavit," (Docket No. 2), is granted.

Dated: February 22, 2001

JOHN M. MASON
United States Magistrate Judge