# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Willie Wilks

Plaintiff

v.

Robert Mundt, Warden

Defendants

Case No. Civil 01-307 ADM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the R&R is adopted in its entirety. Petitioner's objection to the R&R is denied. The Petition for writ of habeas corpus is denied and dismissed with prejudice.

DATE: August 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk